PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

      V.                                            Crim. No. 92-204

Bradford Scott

      On 01/07/93, the above named was placed on supervised release for a period of 3 years. The supervised releasee has been in continuous custody since 1991 and is not available for supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

_____  
U.S. Probation Officer  
Dina M. Chirichella

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ Day of _____, 19__.

_____  
United States District Judge